

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-22-00336-CV

| | |
|---|---|
| BOXER PROPERTY MANAGEMENT CORPORATION, Appellant and Appellee | § On Appeal from the 342nd District Court |
| | § of Tarrant County (342-320239-20) |
| v. | § July 3, 2024 |
| TERESA R. DEHNEL, Appellee and Appellant | § Memorandum Opinion by Justice Birdwell |

**JUDGMENT**

This court has considered the record on appeal in this case and holds that there was error in part of the trial court's judgment. It is ordered that the judgment of the trial court is affirmed in part and reversed in part. We reverse that portion of the trial court's judgment awarding $250,000 in exemplary damages and render a take-nothing judgment on exemplary damages. We reverse the $173,250 attorney's-fee award and remand the attorney's-fee issue to the trial court for recalculation. We affirm the remainder of the trial court's judgment.

It is further ordered that Boxer Property Management Corporation shall pay all costs of this appeal, for which let execution issue.

SECOND DISTRICT COURT OF APPEALS

By  /s/ Wade Birdwell
Justice Wade Birdwell